IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| In the Matter of a Search of<br>1137 B Avenue, West Columbia SC 29169 | Misc. No. 3:17-367<br><br>ORDER GRANTING MOTION TO<br>UNSEAL SEARCH WARRANT |

This matter came before the Court on the Government's Motion to unseal the Application for a Search Warrant, the Affidavit in Support of an Application for a Search Warrant, and the Search and Seizure Warrant in this case.

Having reviewed the Government's Motion to Unseal and for all the reasons mentioned in said motion, the Court finds good cause to grant the same.

**IT IS THEREFORE ORDERED** that the Application for a Search Warrant, the Affidavit in Support of an Application for a Search Warrant, and the Search and Seizure Warrant in the above-captioned case is hereby unsealed.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

July 26, 2022
Columbia, South Carolina